IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| TAMMI HARPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:06-cv-412 |
| | ) | |
| HANS BRINKE, SR., and JIMMIE BRINKE, | ) ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

For the reasons stated in the Memorandum Opinion filed contemporaneously with this Order, it is hereby **ORDERED** that the defendants' motion for summary judgment [doc. 32] is **DENIED**. It is further **ORDERED** that the defendants' motion [doc. 48] for a continuance of the trial is **GRANTED**, and the trial of this civil action is **CONTINUED** to **June 29, 2009, at 9:00 a.m.** All the deadlines in court's previously entered Scheduling Order shall apply to this new trial date. Given that the court has denied the defendants' motion for summary judgment and finds that a continuance is necessary, the defendants' second motion for a protective order [doc. 45] is **DENIED AS MOOT**.

ENTER:

                                     *s/ Leon Jordan*
                                United States District Judge