# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# NORTHERN DIVISION

| | | |
|---|---|---|
| Tammi Harper, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:06-CV-412 |
| | : | |
| v. | : | Judge Jordan |
| | : | |
| Hans Brinke, Sr., et al., | : | |
| | : | |
| Defendants. | : | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Tammi Harper and Defendants Hans Brinke, Sr., and Jimmie Brinke hereby notify this honorable Court that the parties have reached a mutually agreeable settlement in this action and have thereby resolved their claims, and request that the Court administratively close this action. The parties will submit a stipulation of dismissal with prejudice of all of the pending claims upon satisfaction of certain settlement obligations. A proposed agreed order entering the administrative closing was submitted to the Court via e-mail as per the Court's instruction.

Respectfully submitted,

| | |
|---|---|
| /s/ K. O. Kerston | s/ Joseph W. Harper |
| K. O. Herston, Esq. | Glenn V. Whitaker (0018169) |
| Herston Law Office | Joseph W. Harper (0079902) |
| 507 South Gay Street, Suite 930 | Vorys, Sater, Seymour and Pease LLP |
| Knoxville, TN 37902 | Atrium Two, Suite 2000 |
| Telephone: (865) 971-3757 | 221 East Fourth Street |
| Facsimile: (865) 971-3759 | Cincinnati, OH 45202 |
| | Telephone: 513-723-4000 |
| Attorney for Defendants | Facsimile: 513-723-4056 |

OF COUNSEL:
G. Wilson Horde (001997)
Kramer Rayson LLP
Suite 2500, First Tennessee Plaza
PO Box 629
Knoxville, TN 37901-0629
Telephone: (865) 525-5134

Attorneys for Plaintiff

### Certificate of Service

I hereby certify that on June 9, 2009, a true and accurate copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

/s/ Joseph W. Harper
Joseph W. Harper